UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TANISHA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:09-1164 |
| ) | Judge Nixon/Bryant |
| QUINCY VANDERHOOF, et al., ) | **Jury Demand** |
| ) | |
| Defendants. ) | |

### O R D E R

A telephone conference was scheduled with the parties on June 2, 2010, however at the appointed time the Magistrate Judge's office was advised by counsel for the plaintiff that the matter had been settled and a proposed order of dismissal would be filed shortly. A stipulation and order of dismissal for the District Judge's consideration shall be filed no later than **June 30, 2010**.

There is nothing further remaining to be done by the undersigned in this case. Therefore, the Clerk shall return the file to the District Judge for his consideration of the stipulation and order of dismissal once it is filed.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge