IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| TANISHA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:09-cv-1164 |
| | ) | |
| v. | ) | |
| | ) | JUDGE NIXON |
| THE ESTATE OF MERL VANDERHOOF, | ) | MAGISTRATE JUDGE BRYANT |
| | ) | JURY DEMAND |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL

It appearing to the Court, as evidenced by the signatures of the undersigned counsel, that the claims of the Plaintiff against the Defendant have been compromised and settled;

It is therefore ORDERED and ADJUDGED that any and all claims brought by the Plaintiff against the Defendant are dismissed with prejudice.

It is further ORDERED and ADJUDGED that the court costs shall be taxed to Defendant, for which execution may issue if necessary.

It is further ORDERED and ADJUDGED that the Plaintiff and Defendant will each bear their own discretionary costs.

So ordered,

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: s/ Julie Hamner Johnston
    Philip M. Kirkpatrick, BPR No. 6161
    Julie Hamner Johnston, BPR No. 22408
    Fifth Third Center, Suite 1401
    424 Church Street
    Nashville, TN 37219-2392
    (615) 244-6538

    Attorneys for Defendant
    Quincy Vanderhoof in his capacity as
    Administrator of the Estate of Merl
    Vanderhoof